## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :
    :
    v.    :    Crim. No. 18-528 (ZNQ)
    :
CEDRICK HODGES    :    **ORDER FOR A CONTINUANCE**

This matter having come before the Court on the joint application of

Philip R. Sellinger, United States Attorney for the District of New Jersey

(by Eric A. Boden, Assistant United States Attorney), and defendant Cedrick

Hodges (by Stacy Biancamano, Esq. and Daniel Holzapfel, Esq.), for an order

granting a continuance of the proceedings in the above-captioned matter from

the date this Order is signed through October 31, 2022 to permit defense

counsel the reasonable time necessary for effective preparation in this matter

and to allow the parties to discuss the matter and conduct plea negotiations in

an effort to resolve the case before grand jury proceedings and trial; and the

defendant being aware that he has the right to have the matter commence to

trial within 70 days from the filing date (and making public) of the indictment,

or from the date the defendant has appeared before a judicial officer of the

court in which such charge is pending, whichever date last occurs pursuant to

Title 18, United States Code, Section 3161(c)(1); and twelve (12) prior

continuances having been entered by the Honorable Brian R. Martinotti and

the Honorable Zahid N. Quraishi since the indictment in this matter was

returned, on the following dates: October 19, 2018, March 20, 2019, April 15,

2019, August 20, 2019, September 4, 2019, June 10, 2020, November 13, 2020, May 27, 2021, October 1, 2021, January 31, 2022, March 31, 2022, and June 2, 2022; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)    The parties anticipate entering into a non-trial disposition of the criminal matter, which would render any subsequent trial of this matter unnecessary;

(2)    The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(3)    The grant of a continuance will likely conserve judicial resources; and

(4)    Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 31st day of August, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through October 31, 2022; and it is further

ORDERED that the period from the date this Order is signed through

October 31, 2022 shall be excludable in computing time under the Speedy Trial

Act of 1974.

s/ Zahid N. Quraishi
HON. ZAHID N. QURAISHI
United States District Judge

Form and entry consented to:

*Eric A. Boden*
Eric A. Boden
Assistant United States Attorney

*s/ Stacy Biancamano*
Stacy Biancamano, Esq.
Daniel Holzapfel, Esq.
Counsel for defendant Cedrick Hodges

3