UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 18-528 (ZNQ) |
| | : | |
| CEDRICK HODGES | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Eric A. Boden, Assistant United States Attorney), and defendant Cedrick Hodges (by Michael P. Koribanics, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through February 28, 2023 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to discuss the matter and conduct plea negotiations in an effort to resolve the case before additional grand jury proceedings and trial; and the defendant being aware that he has the right to have the matter commence to trial within 70 days from the filing date (and making public) of the indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs pursuant to Title 18, United States Code, Section 3161(c)(1); and fourteen (14) prior continuances having been entered by the Honorable Brian R. Martinotti and the Honorable Zahid N. Quraishi since the indictment in this matter was returned, on the following dates: October 19, 2018, March 20, 2019, April 15, 2019, August 20,

2019, September 4, 2019, June 10, 2020, November 13, 2020, May 27, 2021, October 1, 2021, January 31, 2022, March 31, 2022, June 2, 2022, August 31, 2022, and October 24, 2022; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The Court having recently granted the government's unopposed motion to vacate the guilty plea entered on April 8, 2022, and also to dismiss without prejudice the superseding information upon which that guilty plea was tendered, the parties require additional time to discuss entering into a non-trial disposition of the criminal matter, which would render any subsequent trial of this matter unnecessary;

(2) Counsel for the defendant was recently substituted for prior counsel;

(3) The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, it is on this  27th  day of December, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through February 28, 2023; and it is further

ORDERED that the period from the date this Order is signed through February 28, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. ZAHID N. QURAISHI
United States District Judge

Form and entry consented to:

*Eric A. Boden*
_____
Eric A. Boden
Assistant United States Attorney

 /s/ *Michael P. Koribanics*

_____
Michael P. Koribanics, Esq.
Counsel for defendant Cedrick Hodges

3